# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **WILLIAM MOTT**, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**GEE'S HEATING AND AIR, INC.**,<br><br>*Defendant*. | Civil Case No.: 2:25-cv-00014-SCJ |

## PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Plaintiff William Mott, by counsel, notifies the Court that he served Plaintiff's Second Set of Discovery to Defendant upon Defendant via electronic mail in the above-captioned matter on April 22, 2025.

This 22nd day of April, 2025.

>/s/John A. Love
John A. Love (GA Bar No. 459155)
LOVE CONSUMER LAW
2500 Northwinds Parkway, Suite 330
Alpharetta, Georgia 30009
Tel: 404-855-3600
Fax: (404) 301-2300
tlove@loveconsumerlaw.com

Max S. Morgan, Esquire*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240

Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*Counsel for Plaintiff and the proposed class*

(*admitted *pro hac vice*)

2

## CERTIFICATE OF SERVICE

I certify that on April 22, 2025, I caused a copy of the foregoing to be filed through the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

*/s/ John A. Love*
John A. Love