IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WILLIAM MOTT, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>GEE'S HEATING AND AIR, INC.,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>2:25-CV-00014-SCJ |

### ORDER

This action is before the Court on Plaintiff's Motion for Extension of Time for filing his Motion for Class Certification Doc. No. [13]. Pursuant to the Court's Scheduling Order, the time for filing the Motion for Class Certification has been extended through April 15, 2026. Doc. No. [17], 2. This extension is more generous that what was requested by Plaintiff. Therefore, the Motion for Extension of Time (Doc. No. [13]) is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 24th day of April, 2025.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE**