UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **WILLIAM MOTT**, *on behalf of himself and all others similarly situated*,<br><br>       Plaintiff,<br>v.<br><br>**GEE'S HEATING AND AIR, INC.**,<br><br>       Defendant. | Case No.: 2:25-cv-00014-SCJ |

**NOTICE OF FILING JOINT STATEMENT CONCERNING CONTACT WITH PUTATIVE CLASS MEMBERS**

Plaintiff and Defendant, by counsel, pursuant to LR 23.1(C)(2), hereby file their Joint Statement Concerning Contact With Putative Class Members and show as follows:

The parties have met and conferred on the issue of contacting unnamed class members and agree that no such contact will be made at this point. Should a party decide it needs to contact any unnamed class members going forward, the parties agree to further meet and consult regarding same.

Submitted this 13th day of June, 2025.

1

*/s/John A. Love*
John A. Love, Esq.
Love Consumer Law
2500 Northwinds Parkway
Suite 330
Alpharetta, Georgia 30009
(404) 855-3600
tlove@loveconsumerlaw.com

*/s/ Max S. Morgan**
Max S. Morgan, Esquire
Eric H. Weitz, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff and the proposed class*

SMITH, GILLIAM, WILLIAMS & MILES, P.A.

*/s/M. Tyler Smith*
**M. Tyler Smith**
Georgia Bar No. 661685
**Daniel M. Dupree**
Georgia Bar No. 349494
P.O. Box 1098
Gainesville, Georgia 30503-1098
770-536-3381
tsmith@sgwmfirm.com
ddupree@sgwmfirm.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of foregoing document was filed via the Court's electronic filing system which will cause a copy to be served upon counsel of record.

Dated: June 13, 2025                */s/John A. Love*
                                    John A. Love, Esquire